UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 1:25-CR- 295 |
| v. | : | |
| | : | (Judge Wilson ) |
| TYLER DAUGHERTY, Defendant. | : | |

# INDICTMENT

THE GRAND JURY CHARGES:

FILED
HARRISBURG, PA
NOV 19 2025
PER [signature]
DEPUTY CLERK

## COUNT 1
18 U.S.C. § 2252A(a)(2)
(Receipt of Child Pornography)

On or about March 26, 2019, within the Middle District of Pennsylvania, the defendant,

**TYLER DAUGHERTY,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

**COUNT 2**
18 U.S.C. § 2252A(a)(2)
(Receipt of Child Pornography)

On or about June 7, 2020, within the Middle District of Pennsylvania, the defendant,

**TYLER DAUGHERTY,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

**COUNT 3**
18 U.S.C. § 2252A(a)(2)
(Receipt of Child Pornography)

On or about September 8, 2022, within the Middle District of Pennsylvania, the defendant,

**TYLER DAUGHERTY,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

**COUNT 4**
18 U.S.C. § 2252A(a)(2)
(Receipt of Child Pornography)

On or about February 3, 2023, within the Middle District of Pennsylvania, the defendant,

**TYLER DAUGHERTY,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

**COUNT 5**
18 U.S.C. § 2252A(a)(2)
(Receipt of Child Pornography)

On or about March 10, 2023, within the Middle District of Pennsylvania, the defendant,

**TYLER DAUGHERTY,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

**COUNT 6**
18 U.S.C. § 2252A(a)(2)
(Receipt of Child Pornography)

On or about January 14, 2024, within the Middle District of Pennsylvania, the defendant,

**TYLER DAUGHERTY,**

knowingly received any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and (b)(1).

THE GRAND JURY FURTHER CHARGES:

**COUNT 7**
18 U.S.C. § 2252A(a)(5)(B)
(Possession of Child Pornography)

On or about April 11, 2025, in the Middle District of Pennsylvania, the defendant,

**TYLER DAUGHERTY,**

knowingly possessed material, namely, two Dell laptop computers bearing partial serial number -5WQ7 and serial number 19YKN72, which contained one or more images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), including images of prepubescent minors and minors who had not attained 12 years of age, such images having been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer and cellphone.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 7 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2252A, the defendant,

**TYLER DAUGHERTY,**

shall forfeit to the United States:

a. Any visual depiction described in Title 18, United States Code, sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;
b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and
c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL

[redacted]

BRIAN D. MILLER
United States Attorney

CHRISTIAN T. HAUGSBY
Assistant United States Attorney

11/19/2025.
Date